**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01144-LTB-PAC

BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 PENSION TRUST,
BOARD OF TRUSTEES, COLORADO SHEET METAL WORKERS' LOCAL 9 FAMILY HEALTH PLAN,
BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 401(K) ANNUITY PLAN,
BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 VACATION FUND,
BOARD OF TRUSTEES, SHEET METAL WORKERS' LOCAL 9 TRAINING FUND,
          Plaintiffs,

v.

CHAVEZ SHEET METAL COMPANY,
          Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal in Accordance with Fed.R.Civ.P. 41(a)(1)(I) (Doc 9 - filed November 14, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED: November 15, 2005